IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 12-00683-KD-B |
| | * | |
| THYSSENKRUPP STEELE USA, | * | |
| LLC., *et al.*, | * | |
|     Defendants. | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 23, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that due Plaintiff's failure to prosecute this action and to comply with the Court's Orders, this action is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **8th** day of **February 2013.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**