## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES ROBINSON,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 12-00683-KD-B** |
| | * | |
| **THYSSENKRUPP STEELE USA,** | * | |
| **LLC.,** *et al.,* | * | |
| **Defendants.** | * | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**,

and **DECREED** that this action is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **8**th day of **February 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**